IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| vs. | * | CR 109-169 |
| DERRICK LAMAR BOYD | * | |

# O R D E R

Defendant filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) on the basis that Amendment 782 to the United States Sentencing Guidelines revised the guidelines applicable to drug trafficking offenses. (Doc. no. 443.) Even though Amendment 782 became effective on November 1, 2014, no defendant may be released on the basis of the retroactive amendment before November 1, 2015. See U.S.S.G. Amend. 788. Thus, the Court will undertake a review of cases involving drug trafficking offenses in due course. If Defendant is entitled to a sentence reduction as a result of amendments to the United States Sentencing Guidelines, the Court will make such a reduction sua sponte. Accordingly, Defendant's motion (doc. no. 443) is **DEFERRED**. The Clerk is directed to **TERMINATE** the motion for administrative purposes.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia