IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA   *
                           *
v.                         *   CR 109-169-02
                           *
DERRICK LAMAR BOYD         *

O R D E R

Before the Court in the captioned case is Defendant Derrick Lamar Boyd's request to terminate his term of supervised release. On April 2, 2010, Boyd pled guilty to one count of conspiracy to distribute and possess with intent to distribute over 5 kilograms of cocaine hydrochloride, over 50 grams of cocaine base, and a quantity of marijuana, in violation of 21 U.S.C. § 841(a)(1) and § 846. On July 7, 2010, Boyd was sentenced to 88 months imprisonment and five years of supervised release. He was also ordered to pay a $100 special assessment and a $3000 fine. The term of imprisonment was reduced to time served pursuant to 18 U.S.C. § 3582(c)(2), effective on November 1, 2015.

Boyd has been under the supervision of this district's Probation Office since his release. Boyd has completed 34 months of supervision with no issues of noncompliance. Boyd has maintained employment, paid his criminal monetary penalties, and tested negative on all drug tests administered. In light of Boyd's favorable adjustment to supervision, the

United States Probation Office does not oppose early termination.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Boyd's motion (doc. 451) is **GRANTED**. Derrick Lamar Boyd is hereby discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Ms. Lori Mitchell of the United States Probation Office in Augusta, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA